UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETAILXPERTS FRANCHISE
SYSTEMS LLC,

     Plaintiff,                              Case No. 19-cv-10037
                                           Hon. Matthew F. Leitman

v.

DECK INC., *et al.*,

     Defendants.

_____/

### ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER (ECF #20)

On August 23, 2019, Plaintiff DetailXperts Franchise Systems, LLC ("DetailXperts") filed a Motion for a Preliminary Injunction and Temporary Restraining Order. (Pl.'s Mot. for Prelim. Inj. & TRO, ECF #20). On August 26, 2019, Defendants Deck, Inc., Matthew Chase Deck, and Veronica Deck filed a Response to Plaintiff's Motion. (Defs.' Resp. to Pl.'s Mot., ECF #21). Defendants explained that they filed their response quickly and that they would have presented a more thorough response if given more time. Defendants asked the Court to set a schedule that would allow them to fully brief their opposition to Plaintiffs' motion. (*Id.*).

Under all the circumstances presented here, the Court concludes that the best way to proceed is to give Defendants the opportunity to file a full brief in response to Plaintiff's Motion. Therefore, **IT IS HEREBY ORDERED** that: (1) Defendants shall respond to Plaintiff's Motion by no later than **September 13, 2019**; and (2) Plaintiff may file a reply by **September 24, 2019**. The court will determine whether to set a hearing on the motion once Plaintiff's motion is fully briefed.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 28, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 28, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764