UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DETAILXPERTS FRANCHISE SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TKTM ENTERPRISES, LLC, *et al.*<br><br>    Defendants. | Case No. 18-11823<br><br>Honorable Victoria A. Roberts |
| DETAILXPERTS FRANCHISE SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DECK, *et al.*<br><br>    Defendants. | Case No. 19-10037<br><br>Honorable Victoria A. Roberts |
| DETAILXPERTS FRANCHISE SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SRQ DETAILERS, *et al.*<br><br>    Defendants. | Case No. 19-12607<br><br>Honorable Victoria A. Roberts |

# ORDER GRANTING DEFENDANTS' MOTION TO CONSOLIDATE
# [ECF No. 43]

Before the Court is Defendants' Motion to Consolidate this case with two other cases: *DetailXPerts Franchise Systems, LLC v. Deck, et al.,* Case No. 19-10037 and *DetailXPerts Franchise Systems, LLC v. SRQ Detailers, et al.,* Case No. 19-12607.

The Court held a telephone hearing and heard argument on Defendants' motion on December 19, 2019. Jay Schloff represented Plaintiff DetailXPerts Franchise Systems, LLC. Peter Greenfeld represented Defendants TKTM Enterprises, LLC and Tony Coyne. Mr. Greenfeld also represents the Defendants in the two other cases.

For reasons stated on the record, the Court **GRANTS** Defendants' Motion to Consolidate.

For docket efficiency, all documents must be filed in the lead case: *DetailXPerts Franchise Systems, LLC v. TKTM Enterprises, LLC, et al.,* Case No. 18-11823.

The Court will set a scheduling conference.

**IT IS ORDERED.**

Dated: December 20, 2019      s/ Victoria A. Roberts
                              Victoria A. Roberts
                              United States District Judge